**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NORRIS,**<br><br>                              **Plaintiff,**<br><br>            -against-<br><br>**NACADA LLC, ET AL,**<br><br>                              **Defendants.** | **21-cv-9402 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties should submit a joint status report by June 16, 2025 advising the Court of the status of this action.

**SO ORDERED.**

Dated:  June 9, 2025                                         _____
            New York, New York                              **ANDREW L. CARTER, JR.**
                                                                              **United States District Judge**