UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NORRIS,**<br><br>      **Plaintiff,**<br><br>  -against-<br><br>**NACADA LLC, ET AL,**<br><br>      **Defendants.** | **21-cv-9402 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court notes that the July 24, 2025 mediation conference scheduled in this action was not in fact held. The parties are **ORDERED** to submit a joint status report by **October 8, 2025** advising the Court of the status of this action.

**SO ORDERED.**

Dated: October 1, 2025
    New York, New York

                  _____
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**