**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**NORRIS,**

**Plaintiff,**

**-against-**

**NACADA LLC ET AL**

**Defendants.**

---

**1:21-cv-9402(ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated: August 19, 2026**
**New York, New York**

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**